IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK STINSON**                                                                                      **PLAINTIFF**
**Reg #29908-076**

v.                                        **CASE NO. 2:21-00033-BSM**

**K. CAULEY,** *et al.*                                                                                **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Beth Deere's recommended disposition [Doc. No. 3] is adopted, and Mark Stinson's complaint [Doc. No. 2] is dismissed without prejudice. Dismissal of this action is a "strike" for purposes of 28 U.S.C. 1915(g).

IT IS SO ORDERED this 4th day of May, 2021.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE