# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARK STINSON**  **PLAINTIFF**
**Reg #29908-076**

v.                               **CASE NO. 2:21-00033-BSM**

**K. CAULEY,** *et al.*                **DEFENDANTS**

## ORDER

Mark Stinson's motion for reconsideration [Doc. No. 29] is denied. Doc. No. 28*; see Broadway v. Norris*, 193 F.3d 987, 990 (8th Cir. 1999) (reconsideration is "not a vehicle for simple reargument on the merits").

IT IS SO ORDERED this 14th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE